UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18CR00411 SNLJ |
| | ) | |
| HAKEEM VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States

Magistrate Judge John M. Bodenhausen (#38), filed March 29, 2019 be and is

**SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and

Statements (#23) be **DENIED**.

Dated this 9th day of April, 2019.


_____

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE